

| | | |
|---|---|---|
| **cm_ecf@kyed.uscourts.gov** | To | InterdistrictTransfer_ALSD@alsd.uscourts.gov |
| | cc | |
| 04/10/2014 09:05 AM | bcc | |
| | Subject | Transferred case has been opened |

```
CASE: 1:13-cv-00352

DETAILS: Case transferred from Alabama Southern
has been opened in Eastern District of Kentucky
as case 2:14-cv-00068, filed 04/10/2014.
```