UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WRIGHT TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PILOT CORPORATION, et al., <br><br> Defendants. | No. 1:13-cv-00352 <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT the undersigned Defendants appeal to the United States Court of Appeals for the Eleventh Circuit from all aspects of the Order entered in this proceeding on October 27, 2015 (Docket No. 122), which dismissed this action in its entirety.

Dated: New York, New York

November 19, 2015

Respectfully submitted,

/s/ *Glenn M. Kurtz*
Glenn M. Kurtz (*pro hac vice*)
Gregory M. Starner (*pro hac vice*)
Joshua D. Weedman (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
gkurtz@whitecase.com
gstarner@whitecase.com
jweedman@whitecase.com

/s/ *M. Christian King*
M. Christian King (KINGM4874)
cking@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE L.L.C.
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
(205) 380-9115 (Facsimile)

***Counsel for Defendants Pilot Corporation and Pilot Travel Centers LLC***

Americas 90924810

/s/ *Stephen D. Brody*
Stephen D. Brody
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
(202) 383-5167 (Tel)
sbrody@omm.com

/s/ *W. Joseph McCorkle, Jr.*
W. Joseph McCorkle, Jr.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
t: (334) 269-3134
f: (866) 783-2741
jmccorkle@balch.com

***Counsel for Defendant James A. Haslam III***

/s/ *Martin G. Durkin, Jr.*
Martin G. Durkin, Jr.
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
(312) 263-3600 (Tel)
(312) 578-6666 (Fax)
Martin.durkin@hklaw.com

***Counsel for Defendant John Freeman***

/s/ *Michael P. O'Day*
Michael P. O'Day
DLA PIPER LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-2493 (Tel)
(410) 580-3293 (Fax)
Michael.oday@dlapiper.com

***Counsel for Defendant Brian Mosher***


## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Tunstall
STEPHEN M. TUNSTALL, P.C.
P.O. Box 152
Mobile, Alabama 36601
stephentunstall@yahoo.com

/s/     *Glenn M. Kurtz*
          Glenn M. Kurtz